# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Justin A. Guilfoyle
direct dial: 212.589.4607
jguilfoyle@bakerlaw.com

September 19, 2023

<u>VIA ECF</u>
Honorable Vincent L. Briccetti, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

   Re:  <u>Aldabagh v. Lawrence Medical Associates, P.C., et al.</u>
        <u>Docket No. 7:23-cv-00130 (VB)</u>

Dear Judge Briccetti:

      This Firm represents Defendants Lawrence Medical Associates, P.C. d/b/a NewYork-Presbyterian Medical Group Westchester and William Flores (collectively, "Defendants") in the above-captioned action. Defendants and Plaintiff Mohammad Aldabagh write jointly to inform the Court that following extensive negotiations, the parties have reached a settlement in principle. To that end, the parties respectfully request that all current deadlines and appearances be administratively stayed so that they can finalize the terns of settlement and file a stipulation of dismissal with prejudice.

      The parties thank the Court for its time and consideration of this request.

Respectfully submitted,

| BAKER & HOSTETLER LLP | RISSMILLER PLLC |
|---|---|
| / s /  *Justin A. Guilfoyle* | */ s / Alex Rissmiller* |
| Justin A. Guilfoyle | Alex Rissmiller |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |