UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOHAMMAD ALDABAGH,
              Plaintiff,

v.

LAWRENCE MEDICAL ASSOCIATES, P.C., doing
business as New York-Presbyterian Medical Group
Westchester; and WILLIAM FLORES,
              Defendants.
------------------------------------------------------------x

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

23 CV 130 (VB)(VR)

The above-entitled action is referred to the Honorable Victoria Reznik, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| \_\_\_\_ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | \_\_\_\_ | HABEAS CORPUS |
| \_\_\_\_ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | \_\_\_\_ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| \_\_\_\_ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | \_\_\_\_ | SOCIAL SECURITY |
| \_\_\_\_ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ | SETTLEMENT |
| \_\_\_\_ | JURY SELECTION | \_\_\_\_ | OTHER |

Dated: November 21, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.